### In re EXCELSIOR COAL CO.

(District Court, E. D. New York. February 3, 1905.)

SHIPPING—PROCEEDING FOR LIMITATION OF LIABILITY—COSTS.

In a proceeding for limitation of liability, where there is an appraisal, and a stipulation for value given, the petitioner is entitled to a single docket fee, and may deduct from the fund the expenses of administration, but this may not include the cost of procuring the stipulation, nor the expense of giving the same, nor of the appraisal; each person claiming damages, and recovering the same, is entitled to a separate proctor's fee, payable herein by the stipulators for costs, and not out of the fund.

In Admiralty.

Carpenter, Park & Symmers, for petitioners.

Edward H. Rogers and Jacob B. Ullman (J. P. Kirlin, of counsel), for Anderson et al.

THOMAS, District Judge. The following conclusions are reached:

1. Each separate person claiming damages, and recovering the same, is entitled to a separate proctor's fee, payable by the stipulators for costs, and not out of the fund.

2. The petitioner may deduct from the fund the expenses of administration, but this may not include the costs and expenses of giving the stipulation for value, nor the appraisal on which the same was based, nor should the expense of procuring the stipulation be taxed.

3. The petitioner will recover but one docket fee.